UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NOEL VASQUEZ ESCOTO,

Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY, a foreign insurance company, doing business in the State of Washington,

Defendants.

No. 2:26-cv-00018-JHC

**STIPULATED ORDER GRANTING DEFENDANT'S MOTION TO EXTEND REBUTTAL EXPERT DISCLOSURE DEADLINE**

**NOTING DATE:**
**October 14th, 2026**

THIS MATTER comes before the Court on Defendant Amica Mutual Insurance Company's Motion to Extend Rebuttal Expert Disclosure Deadline and the parties' proposed stipulate order. Dkt. ## 16 & 18. The Court has reviewed the motion, the Declaration of Alexander M. Walton, and the record in this matter.

The Court finds good cause to modify the scheduling order pursuant to Federal Rule of Civil Procedure 16(b)(4).

Accordingly, it is hereby ORDERED:

1. Defendant Amica Mutual Insurance Company's Motion to Extend Rebuttal Expert Disclosure Deadline is **GRANTED** to allow time for Christopher Kweon to draft rebuttals to Plaintiff's expert witnesses.
2. The deadline for disclosure of rebuttal expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(ii) is extended from October 8, 2026, to November 9, 2026.

3. All other deadlines and the trial date shall remain unchanged.

IT IS SO ORDERED that Defendant Amica Mutual Insurance Company's Stipulated Motion to Extend Rebuttal Expert Disclosure Deadline is **GRANTED**.

DATED this 14th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE